IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

| | |
|---|---|
| James Christopher Barnhill, | Civil Action No. 4:18-cv-48 |
| Plaintiff, | |
| vs. | |
| Davis Body Shop, Inc., | |
| Defendant. | |

## Order Staying All Deadlines Pending Settlement

Davis Body Shop, Inc. and Plaintiff James Christopher Barnhill jointly move the Court to amend its May 22, 2018 Case Management Order (ECF No. 14) under Fed R. Civ. P. 6(b) and Local Civ. R. 6.1 and 7.1 (E.D.N.C.).  Specifically, the parties request the Court to grant a 60-day extension of all deadlines so they can draft and execute a settlement following mediation on January 8, 2019.

The Court **GRANTS** the joint motion.  The remaining portions of the Court's Case Management Order (ECF No. 14) remain in effect.

**It is so ORDERED** this 13th day of January, 2019**.**

The Honorable Louise W. Flanagan
United States District Court Judge